# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN L. BAUER, as an individual and LINDA M. BAUER, an individual,<br><br>            Plaintiffs,<br><br>   v.<br><br>ABTECH INDUSTRIES, a Delaware corporation; also known as "NEWCO", formerly known as ABTECH INDUSTRIES, L.L.C., an Arizona limited liability company; GLENN R. RINK, an individual; PETER ALLEN, an individual; PETER DEANE, an individual; TODD JORN, an individual; KEVIN WARNER, an individual; and DOES 1 through 100, inclusive,<br><br>            Defendants | No. SACV 98 - 203 - LHM (EEx)<br><br>**ORDER DISMISSING ACTION**<br><br>**WITHOUT PREJUDICE** |

Based upon the reasons set forth in the Court's Minute Order dated 3/10/98, which is incorporated herein;

IT IS ORDERED that the above action be dismissed without prejudice.

DATED: 3/10/98

LINDA H. McLAUGHLIN
UNITED STATES DISTRICT JUDGE

1. SA CV 98-203-LHM

2. copies to:

3. Gerald M. Shaw
   LAW OFFICES OF GERALD M. SHAW
4. 1111 Bayside Drive, Ste 270
   Corona del Mar, CA  92625